IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SC SJ HOLDINGS, LLC, et al., | ) ) | Case No. 21-10519 (JTD) |
| Debtors. | ) ) | (Bankr. D. Del.) |
| SJ SC HOLDINGS, LLC and NEX SJ, LLC, | ) ) | |
| Appellants, | ) ) | |
| v. | ) ) | C.A. No. 25-150 (MN) |
| BRIGHTSPIRE CREDIT 1, LLC, | ) ) | |
| Appellee. | ) | |
| SJ SC HOLDINGS, LLC, | ) ) | |
| Appellants, | ) ) | |
| v. | ) ) | C.A. No. 25-151 (MN) |
| BRIGHTSPIRE CREDIT 1, LLC, | ) ) | |
| Appellee, | ) | |
| NEX SJ, LLC, | ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | C.A. No. 25-176 (MN) |
| BRIGHTSPIRE CREDIT 1, LLC, | ) ) | |
| Appellee. | ) | |

**<u>ORDER</u>**

At Wilmington, this 27th day of May 2025;

WHEREAS, on May 20, 2025, Magistrate Judge Christopher J. Burke issued an Order (D.I. 16 in C.A. Nos. 25-150 & 25-151 and D.I. 9 in C.A. No. 25-176) recommending that these

matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the recommendations contained in the order to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the recommendations set forth in the order are ADOPTED and these matters are withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, on or before June 6, 2025, the parties shall submit a proposed briefing schedule.

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Judge